IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| HELENA CHEMICAL COMPANY and | * | |
| FEDERAL INSURANCE COMPANY | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| V. | * | NO: 4:11CV00691   SWW |
| | * | |
| JOHN BOSWELL SKINNER, JR., ET AL. | * | |
| | * | |
| | * | |
| Defendants | * | |

## ORDER

By order entered May 9, 2012 (docket entry #116), the Court suspended all third–party depositions previously scheduled in this case pending resolution of Defendant Skinner's motion to compel the production of documents.  Plaintiff Helena Chemical Company ("Helena") reports that, while Helena does not concede that it is obligated to do so, it will soon provide the relief sought by Defendant Skinner, which will enable depositions to resume on June 5, 2012.[1]   Based on Helena's response, Defendant Skinner's motion to compel (docket entry #113) is DENIED AS MOOT, and depositions may resume on June 5, 2012.

IT IS SO ORDERED THIS 16TH  DAY OF MAY, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Helena states that it has agreed to make documents responsive to Defendant Skinner's First Set of Requests for Production of Documents available for copying and inspection in Little Rock on May 24, 25, 29 or 30, and Helena will "draw down" all third-party depositions noticed prior to these dates.  *See* docket entry #117, at 2.